PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONGSAVAT SAYASANE,<br><br>            Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>            Respondent. | CASE NO. 1:23-CV-01517-SKO (HC)<br><br>ORDER GRANTING FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>[Doc. 10] |

On December 26, 2023, the Respondent's requested an extension of time to January 25, 2024, to file its response or motion to dismiss.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due January 25, 2024.

IT IS SO ORDERED.

Dated:   **January 2, 2024**                                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

1