IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONGSAVAT SAYASANE,<br><br>                Petitioner,<br><br>      v.<br><br>WARDEN, FCI-MENDOTA,<br><br>                Respondent. | CASE NO.  1:23-CV-01517-SKO (HC)<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

      Pursuant to Local Rule 141(b), and based on the representations contained in the Respondent's Request to Seal, IT IS HEREBY ORDERED that Respondent's Exhibit 1 to it's Notice of Filing Removal order, pertaining to Petitioner, and Respondent's Request to Seal shall be SEALED until further order of this Court.

      It is further ordered that electronic access to the sealed documents shall be limited to Respondent and counsel for Petitioner.

      The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Respondent's Request, sealing Respondent's Request and Exhibit 1 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by

Respondent would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Respondent's Request and Exhibit 1 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:   **April 8, 2024**          /s/ *Sheila K. Oberto*          
                               UNITED STATES MAGISTRATE JUDGE